1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   MARY P. PARNOW
4  Special Assistant United States Attorney
   California Bar No. 174980
5
       333 Market Street, Suite 1500
6      San Francisco, California 94105
       Telephone: (415) 977-8928
7      Facsimile: (415) 744-0134
       E-Mail: Mary.Parnow@ssa.gov
8
   Attorneys for Defendant,
9      Commissioner of Social Security

FILED
CLERK, U.S. DISTRICT COURT
OCT 21 2008
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

10              UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
11                    EASTERN DIVISION

13  LYDIA GONZALES,                )
                                   )   EDCV 08-00192 E
14         Plaintiff,              )
                                   )   [PROPOSED]
15         v.                      )   JUDGMENT OF REMAND
                                   )
16  MICHAEL J. ASTRUE,             )
    Commissioner of Social Security,)
17                                 )
           Defendant.              )
18  _____)

19      The Court having approved the parties' Stipulation to Voluntary Remand
20  Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment
21  ("Stipulation to Remand") lodged concurrent with the lodging of the within Judgment
22  of Remand, **IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the
23  above-captioned action is remanded to the Commissioner of Social Security for
24  further proceedings consistent with the Stipulation of Remand.

25
26  DATED: 10/21/08                    _____
                                       HON. CHARLES F. EICK
27                                     UNITED STATES MAGISTRATE JUDGE
28